■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AL MINKINS, Appellant. [632 NYS2d 15] —Judgment, Supreme Court, Bronx County (Vincent Vitale, J.), rendered March 31, 1993, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him to a term of 3 to 9 years, unanimously affirmed.

Most of the challenged prosecutor's summation comments are unpreserved as a matter of law due to defendant's failure to object (CPL 470.05; *People v Iannelli*, 69 NY2d 684, *cert denied* 482 US 914), and we decline to review them in the interest of justice. In any event, taken in context, they were appropriate responses to the defense summation (*see*, *People v Marks*, 6 NY2d 67, *cert denied* 362 US 912; *People v Colonna*, 135 AD2d 724), and within the broad bounds of permissible rhetorical comment (*People v Galloway*, 54 NY2d 396). Moreover, in light of the overwhelming evidence of guilt, impropriety, if any, by the prosecutor in summation would be harmless (*see*, *People v Woodwards*, 215 AD2d 203; *People v Crimmins*, 36 NY2d 230). Concur—Sullivan, J. P., Ellerin, Rubin, Kupferman and Asch, JJ.